AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

VERNELL L. STATEN,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        v.                                    Case No. 19-C-1007

UNITED STATES OF AMERICA,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the petition is DENIED, and the case is DISMISSED. A certificate of appealability is DENIED.

                              Approved:      s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court

Dated: July 22, 2019

                                                       STEPHEN C. DRIES
                                                       Clerk of Court

                                                       s/ Lori Hanson
                                                       (By) Deputy Clerk